```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07139
    THOMAS M MAYER
    PAMELA S MAYER                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-2478     SSN XXX-XX-4882
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/20/07 and confirmed on 06/29/07.

   2.   The case was converted to Chapter 7 after confirmation, 04/09/2008.

   3.   The Debtor paid a total of $   3310.50 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FRANKLIN | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER CREDIT UNION | UNSECURED | 8590.85 | .00 | 1051.06 |
| SILVERLEAF RESORT INC | UNSECURED - C | .00 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 3330.51 | .00 | 483.04 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 247.45 | .00 | 37.70 |
| MERRICK BANK | UNSECURED | 2971.39 | .00 | 131.23 |
| NICOR GAS | UNSECURED | 175.51 | .00 | 7.75 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1595.63 | .00 | 70.47 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 943.30 | .00 | 41.67 |
| WORLD FINANCIAL NETWORK | UNSECURED | 79.78 | .00 | 13.01 |
| MARSHFIELD CLINIC | UNSECURED | 267.36 | .00 | 11.81 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 18201.78 | .00 | 18201.78 |
| PRINCIPAL PAID | .00 | .00 | 1847.74 | .00 | 1847.74 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1847.74 | .00 | 1847.74 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   3000.00
and was paid $   1671.00  direct and $   1329.00  through the plan.

The Trustee received $    133.76 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE